# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| John O'Brien, | )<br>) |
|         Plaintiff, | )<br>) |
| v. | )   Civil Action No. 09-cv-3560 PAM/RLE |
| | ) |
| Financial Consultants Company, Inc.<br>and Jane Doe, | )<br>)<br>) |
|         Defendants. | ) |

## ORDER FOR DISMISSAL

Based upon the Notice of Voluntary Dismissal with Prejudice, Civil Docket number 2, filed by Plaintiff on February 15, 2010, and upon all the files, records and proceedings herein,

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

**BY THE COURT:**

Dated: February 16, 2010            s/Paul A. Magnuson
                                                           The Honorable Paul A. Magnuson
                                                           Judge of United States District Court